Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14–13911–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mary Agboola
  762 Valley Street
  Maplewood, NJ 07040

Social Security No.:
  xxx–xx–5638

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 2, 2014.

On 11/10/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:              December 21, 2016
Time:              09:00 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 15, 2016
JJW: mg

James J. Waldron
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 14-13911-RG
Mary Agboola                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Nov 15, 2016
                            Form ID: 185             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
db             +Mary Agboola,    762 Valley Street,    Maplewood, NJ 07040-2610
514568386       Bloomingdales,    PO Box 183083,    Columbus, OH 43218-3083
514568387      +CitiMortgage,    1000 Technology Drive,    O'Fallon, NJ 63368-2240
514846372       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,   50368-8971
514640532      +Department Stores National Bank/Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514640164      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514568389       Macy's,   PO Box 183083,    Columbus, OH 43218-3083
516284363      +MidFirst Bank,    999 Northwest Grand Blvd.,    Suite 100,   Oklahoma City, OK 73118-6051
516284364      +MidFirst Bank,    999 Northwest Grand Blvd.,    Suite 100,   Oklahoma City, OK 73118,
                 MidFirst Bank,    999 Northwest Grand Blvd. 73118-6051
514568390      +Portfolio Recovery Associates,    C/O Frank A. Atcheson, Esq.,    7800 River Road,
                 North Bergen, NJ 07047-6245
514568391     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Bankruptcy Dep't,    PO Box 8026,
                 Cedar Rapids, IA 52409-8026)
514625292       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
514568392      +Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2016 23:01:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2016 23:01:45     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
514568388       E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2016 22:58:14     Lord & Taylor,   PO Box 960035,
                 Orlando, FL 32896-0035
514897851       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2016 23:11:46
                 Portfolio Recovery Associates, LLC,    c/o California Federal,   POB 41067,   Norfolk VA 23541
514844007       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2016 23:17:30
                 Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,   POB 41067,   Norfolk VA 23541
514761183       E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2016 23:01:38
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515210974*      CitiMortgage, Inc,   P.O. Box 688971,    Des Moines, IA 50368-8971
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CITIMORTGAGE, INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael I Okechuku    on behalf of Debtor Mary  Agboola paneltrustee_michael@yahoo.com
              R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
```

```
District/off: 0312-2           User: admin               Page 2 of 2              Date Rcvd: Nov 15, 2016
                               Form ID: 185              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 5