UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  14-13911-RG

Adv. No.:

Hearing Date:  n/a

Judge:  Rosemary Gambardella

In Re:

    Mary Agboola,

Debtor.

## CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: December 22, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtosr:  Mary Agboola
Case No:  14-13911-KCF
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a consent order curing escrow advances for real property located at 762-764 Valley Street ½, Maplewood, NJ 07040, and this Court having considered the representations of attorneys for Secured Creditor and Michael Okechuku, Esq., attorney for Debtor, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that as of October 1, 2016, Secured Creditor has advanced $27,739.54 for escrow items, broken down as follows:

- Taxes 4/11/2014 : $2,551.21
- Taxes 7/15/2014 : $2,583.28
- Taxes 10/14/2014 : $2,716.20
- Taxes 1/16/2015 : $2,602.48
- Taxes 4/17/2015 : $2,602.47
- Taxes 10/13/2015 : $2,660.08
- Taxes 1/15/2016 : $2,658.60
- Taxes 4/14/2016: $2,192.71
- Taxes 7/12/2016: $2,778.24
- 4th Quarter 2016 taxes: $2,825.27
- Insurance 1/6/2016 (for the 2016 year): $1,569.00

**(Page 3)**
Debtosr:  Mary Agboola
Case No:  14-13911-KCF
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $27,739.54  shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the duration of Debtor's Chapter 13 bankruptcy proceeding, Debtor shall pay all post-petition escrow items directly, including but not limited to property taxes and insurance, and if Debtor does not maintain these payments, Secured Creditor can advance for these items and seek relief from this Court.

I hereby agree and consent to the above terms and conditions:                    Dated:

/s/ Denise Carlon                                                         12/16/2016
DENISE CARLON, ESQ.
ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:                    Dated:

/s/ Michael Okechuku                                                      12/16/2016
MICHAEL OKECHUKU, ESQ.
ATTORNEY FOR DEBTOR