UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-13911-RG

Adv. No.:

Hearing Date: n/a

Judge: Rosemary Gambardella

In Re:
    Mary Agboola,

Debtor.

## CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 22, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtosr:  Mary Agboola
Case No:  14-13911-KCF
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a consent order curing escrow advances for real property located at 762-764 Valley Street ½, Maplewood, NJ 07040, and this Court having considered the representations of attorneys for Secured Creditor and Michael Okechuku, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 1, 2016, Secured Creditor has advanced $27,739.54 for escrow items, broken down as follows:

- Taxes 4/11/2014 : $2,551.21
- Taxes 7/15/2014 : $2,583.28
- Taxes 10/14/2014 : $2,716.20
- Taxes 1/16/2015 : $2,602.48
- Taxes 4/17/2015 : $2,602.47
- Taxes 10/13/2015 : $2,660.08
- Taxes 1/15/2016 : $2,658.60
- Taxes 4/14/2016: $2,192.71
- Taxes 7/12/2016: $2,778.24
- 4th Quarter 2016 taxes: $2,825.27
- Insurance 1/6/2016 (for the 2016 year): $1,569.00

**(Page 3)**
Debtosr:  Mary Agboola
Case No:  14-13911-KCF
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $27,739.54  shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the duration of Debtor's Chapter 13 bankruptcy proceeding, Debtor shall pay all post-petition escrow items directly, including but not limited to property taxes and insurance, and if Debtor does not maintain these payments, Secured Creditor can advance for these items and seek relief from this Court.

I hereby agree and consent to the above terms and conditions:              Dated:

/s/ Denise Carlon                                                          12/16/2016
DENISE CARLON, ESQ.
ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:              Dated:

/s/ Michael Okechuku                                                       12/16/2016
MICHAEL OKECHUKU, ESQ.
ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Mary Agboola  
      Debtor

Case No. 14-13911-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 23, 2016  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.  
db           +Mary Agboola,    762 Valley Street,    Maplewood, NJ 07040-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2016 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    CITIMORTGAGE, INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Michael I Okechuku    on behalf of Debtor Mary Agboola paneltrustee_michael@yahoo.com  
         R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com  
                                                                                                                      TOTAL: 5