UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with LBR 9004-2(c)**

MICHAEL I. OKECHUKU, PC
28 North Day Street, First Floor
Orange, New Jersey 07050
Telephone: (862) 444-7110
Facsimile:  (862) 444-7122
Attorneys for the Debtor
MICHAEL I. OKECHUKU (2808)
mokechuku@biolawnj.com

In Re:

**MARY AGBOOLA**

                    Debtor.

**FILED**
JEANNE A. NAUGHTON, CLERK

FEB 2 6 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Chapter 13

CASE NO. 14-13911-RG
HEARING DATE: 01/17/2018 @ 10:30AM

Judge:  Hon. Rosemary Gambardella

## ORDER TO EXPUNGE PROOF OF CLAIM NO. 8 ON THE CLAIMS REGISTER FILED BY NAVIENT SOLUTIONS LLC

The relief set forth on the following page is hereby ORDERED.

2-26-18                    Rosemary Gambardella
                              USBJ

This matter having been opened to the Court by the Debtor, through her counsel, Michael I. Okechuku, Esq., on a Motion to Expunge the Proof of Claim No. 8 on the claims register filed by Navient Solutions, LLC, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

ORDERED that the debtor's Motion to Expunge Proof of Claim No. 8 on the claims register filed by Navient Solutions, LLC, is hereby granted.