UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with LBR 9004-2(c)

MICHAEL I. OKECHUKU, PC
28 North Day Street, First Floor
Orange, New Jersey 07050
Telephone: (862) 444-7110
Facsimile: (862) 444-7122
Attorneys for the Debtor
MICHAEL I. OKECHUKU (2808)
mokechuku@biolawnj.com

FILED
JEANNE A. NAUGHTON, CLERK
FEB 26 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Chapter 13

In Re:

MARY AGBOOLA

Debtor.

CASE NO. 14-13911-RG
HEARING DATE: 01/17/2018 @ 10:30AM

Judge: Hon. Rosemary Gambardella

## ORDER TO EXPUNGE PROOF OF CLAIM NO. 8 ON THE CLAIMS REGISTER FILED BY NAVIENT SOLUTIONS LLC

The relief set forth on the following page is hereby ORDERED.

2-26-18    /s/ Rosemary Gambardella
            USBJ

1 | Page

This matter having been opened to the Court by the Debtor, through her counsel, Michael I. Okechuku, Esq., on a Motion to Expunge the Proof of Claim No. 8 on the claims register filed by Navient Solutions, LLC, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

ORDERED that the debtor's Motion to Expunge Proof of Claim No. 8 on the claims register filed by Navient Solutions, LLC, is hereby granted.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 14-13911-RG
Mary Agboola                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 26, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
db              +Mary Agboola,    762 Valley Street,    Maplewood, NJ 07040-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    CITIMORTGAGE, INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Michael I Okechuku    on behalf of Debtor Mary  Agboola paneltrustee_michael@yahoo.com
      R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
                                                                                                                      TOTAL: 5